STACEY E. JAMES, Bar No. 185651
sjames@littler.com
LITTLER MENDELSON, P.C.
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:  619.232.0441
Fax No.:     619.232.4302

MATTHEW J. SHARBAUGH, Bar No. 260830
msharbaugh@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

*Attorneys for Defendant*
SYSCO GUEST SUPPLY, LLC

Ernest F. Ching, Jr.  #74253
echingjr@chinglawoffice.com
LAW OFFICES OF CHING & ASSOCIATES
8141 E. Kaiser Blvd., Suite 180
Anaheim Hills, California 92808
Tel: (714) 637-9888
Fax: (714) 637-9832

*Attorneys for Plaintiff*
SHIRLEY V. ALLEE

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. ALLEE,<br><br>             Plaintiff,<br><br>     v.<br><br>SYSCO GUEST SUPPLY, LLC, an unknown entity, and DOES 1-25, inclusive,<br><br>             Defendants. | Case No.  EDCV 12-00350 VAP (OPx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA A. PHILLIPS<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)] |

1.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. ALLEE,<br><br>                Plaintiff,<br><br>       v.<br><br>SYSCO GUEST SUPPLY, LLC, an unknown entity, and DOES 1-25, inclusive,<br><br>                Defendants. | Case No.  EDCV 12-00350 VAP (OPx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA A. PHILLIPS<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]** |

Upon consideration of the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated:   August 16, 2012

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Firmwide:113817853.1 063236.1080

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308