1  STACEY E. JAMES, Bar No. 185651
   sjames@littler.com
2  LITTLER MENDELSON, P.C.
   A Professional Corporation
3  501 W. Broadway, Suite 900
   San Diego, CA  92101.3577
4  Telephone:  619.232.0441
   Fax No.:    619.232.4302
5
   MATTHEW J. SHARBAUGH, Bar No. 260830
6  msharbaugh@littler.com
   LITTLER MENDELSON, P.C.
7  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067.3107
8  Telephone:  310.553.0308
   Facsimile:  310.553.5583
9
   *Attorneys for Defendant*
10 SYSCO GUEST SUPPLY, LLC

11 Ernest F. Ching, Jr.  #74253
   echingjr@chinglawoffice.com
12 LAW OFFICES OF CHING & ASSOCIATES
   8141 E. Kaiser Blvd., Suite 180
13 Anaheim Hills, California 92808
   Tel: (714) 637-9888
14 Fax: (714) 637-9832

15 *Attorneys for Plaintiff*
   SHIRLEY V. ALLEE

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. ALLEE, <br><br> Plaintiff, <br><br> v. <br><br> SYSCO GUEST SUPPLY, LLC, an unknown entity, and DOES 1-25, inclusive, <br><br> Defendants. | Case No.  EDCV 12-00350 VAP (OPx) <br><br> ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA A. PHILLIPS <br><br> [PROPOSED] **ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** <br><br> [FED. R. CIV. P. 41(a)] |

1.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. ALLEE,<br><br>  Plaintiff,<br><br>  v.<br><br>SYSCO GUEST SUPPLY, LLC, an unknown entity, and DOES 1-25, inclusive,<br><br>  Defendants. | Case No.  EDCV 12-00350 VAP (OPx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE VIRGINIA A. PHILLIPS<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)] |

Upon consideration of the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated:   August 16, 2012

———————————————
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Firmwide:113817853.1 063236.1080

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308